# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF VIRGINIA
## (116 N. Main Street, Room 314, Harrisonburg, VA 22802)

Presidential Candidate Number P60005535 )
"also known as" (aka) Ronald Satish Emrit, )
& Presidential Committee/Political Action )
Committee/Separate Segregated Fund (SSF) )
Number C00569897 d/b/a United )
Emrits of America )
    Plaintiffs (Pro Se) )
) C. A. No.: 5:25 CV00140
v. )
)
Quantico, Virginia, Langley, Virginia, FBI )
Forensic Laboratory at Quantico, CIA )
Headquarters at Langley, FBI Headquarters )
at 935 Pennsylvania Avenue )
    Defendants )
)
)

CLERK'S OFFICE U.S. DISTRICT. COURT
AT HARRISONBURG, VA
FILED
DEC 09 2025
LAURA A. AUSTIN, CLERK
BY: _____
DEPUTY CLERK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## COMPLAINT

COMES NOW, the plaintiff Ronald Satish Emrit, who is bringing forth this complaint against the following eleven defendants in the amount of $45 million for **Civil Rights Violations, Emmett Till Antilynching Act, Matthew Shepherd and James Byrd Hate Crimes Prevention Act,**. The plaintiff's held to a less stringent standard that attorneys pursuant to *Erickson v. Pardus* and *Eldridge v. Block* in addition to 28 U.S.C. Section 1915. In bringing forth this complaint, the plaintiff states, avers, and alleges the following

## I.) NATURE OF THE CASE

1.) The plaintiff is filing this lawsuit so that the FBI labs in Quantico, Virginia can recognize the plaintiff as a Catholic, African-American who is related to Captain of Battle of Gettysburg according to Washington, DC lottery (John A. Moss) and is a disabled presidential candidate recognized by Federal Election Commission (FEC) on Constitution Avenue as being Presidential Candidate # P60005535

2.) Over 20 years ago, the Bush Administration made a mistake in intelligence by racially profiling the plaintiff as Arabic/Muslim at Saint Thomas University School of Law in Miami Gardens, Florida by Opa Locka on or around 2001.

3.) Because the Bush and Cheney Administration no longer have power over the federal government for obvious reasons by december of 2025, it is rather easy for the plaintiff to file a lawsuit to correct the mistakes of the Bush Administration just i case anybody left over from the Bush Administration at Quantico or Langley is operating under the outdated policies of the Bush Administration from over 20 years ago.

4.) In addition, the plaintiff and his friend Damon Ford traveled to Santiago de Cuba in 1999 ONE time to visit a medical student (Rachel Barreiro Garcia) and her friend Marena Linares who were obviously over the age of 18 years old at the time as the plaintiff and his friend were around 23 years old at that time in 1999.

5.) This information had been provided to USA attorney Kelly Hayes at the office at 36 South Charles Street in Baltimore, Maryland and 8606 Ivy Lane in Greenbelt, Maryland.

6.) Last year in 2024, the plaintiff had many cases against Republic of Cuba in 2nd Circuit, 3rd Circuit, and 4th Circuit Court of Appeals on appeal from Connecticut (Judge Omar A. Williams), Delaware (Judge Mary Ellen NOreika), Pennsylvania (Judge Karoline Mehalchick), South Carolina (Magistrate Judge Shiva Hodges), and New Jersey (Judge Julien Xavier Neals)

## II.) PARTIES TO THIS LITIGATION

1.) The plaintiff is an indigent, disabled, and unemployed resident of the state of Florida and Maryland (the plaintiff spends half of the year in Florida and the other half in Maryland traveling with his father who is a widely-recognized musician in several states on the Atlantic coast). His current mailing address is 5108 Cornelias Prospect Drive, Bowie, Maryland 20720. His cell phone number is currently (703)936-3043 and his primary email address is einsteinrockstar2@outlook.com.
2.) The first defendant is Barbara Corcoran of Paycom,
3.) The second defendant is Paycom,
4.) The third defendant is Shark Tank,
5.) The fourth defendant is CNBC,
6.) The fifth defendant is Shaquille O' Neal who renminds the plaintiff of Wright-Patterson AFB around Columbus, Ohio and The Mothman from Point Pleasant, West Virginia or **Old Chief Woodenhead (OCW)** from the movie Creepshow 2.
7.) The sixth defendant is Carvana,
8.) The seventh defendant is Damond John,
9.) The eighth defendant is Kevin O' Leary,
10.) The ninth defendant is Lori Grenier,
11.) The tenth defendant is Mark Cuban,
12.) The eleventh defendant is Carmax

### III.) JURISDICTION AND VENUE

13.) According to **Federal Rules of Civil Procedure 8(a)(1)**, Plaintiff is required to provide "a short and plain statement of the grounds for the court's jurisdiction, unless the court already has jurisdiction and the claim needs no new jurisdictional support;"
14.) Because the court does not already have personal or subject matter jurisdiction over this issue, it is necessary to engage in a brief discussion of the court's jurisdiction so that the defendants can not move to dismiss this case based on procedural grounds involving a lack of proper jurisdiction.
15.) Pursuant to **28 U.S.C.A. Section 1332**, the U.S. District Court for the Central District of California (**as an Article III court**) has jurisdiction over this matter because there is complete diversity of jurisdiction between the Plaintiff and the four defendants given that the plaintiff lives in Bowie,

Maryland and no longer in Fort Worth, Texas.

16.) As an Article III court, the **U.S. District Court for the Central District of California also has subject matter jurisdiction** over the present case at bar because this proceeding involves a discussion of Federal Tort Claims Act (FTCA) creating a federal question on the **JS-44 (civil cover sheet)** pursuant to 28 U.S.C. Section 1331.

17.) Therefore, a federal question is presented by the implication of the black-letter law of the aforementioned federal statutes in addition to the discussion of Constitutional Law provisions.

18.) Venue in this jurisdiction is also proper pursuant to **28 U.S.C.A. Sections 1391 and 1400**.

19.) Because the amount in controversy does exceeds $75,000 (i.e. $500,000,000,000 is more than $75.000), this court has jurisdiction on the grounds of diversity and a federal question presented.

## IV.) STATEMENT OF FACTS

20.) The plaintiff is filing this lawsuit so that the FBI labs in Quantico, Virginia can recognize the plaintiff as a Catholic, African-American who is related to Captain of Battle of Gettysburg according to Washington, DC lottery (John A. Moss) and is a disabled presidential candidate recognized by Federal Election Commission (FEC) on Constitution Avenue as being Presidential Candidate # P60005535

21.) Over 20 years ago, the Bush Administration made a mistake in intelligence by racially profiling the plaintiff as Arabic/Muslim at Saint Thomas University School of Law in Miami Gardens, Florida by Opa Locka on or around 2001.

22.) Because the Bush and Cheney Administration no longer have power over the federal government for obvious reasons by december of 2025, it is rather easy for the plaintiff to file a lawsuit to correct the mistakes of the Bush Administration just i case anybody left over from the Bush Administration at Quantico or Langley is operating under the outdated policies of the Bush Administration from over 20 years ago.

23.) In addition, the plaintiff and his friend Damon Ford traveled to Santiago de Cuba in 1999 ONE time to visit a medical student (Rachel Barreiro Garcia) and her friend Marena Linares who were obviously over the age of

18 years old at the time as the plaintiff and his friend were around 23 years old at that time in 1999.

24.) This information had been provided to USA attorney Kelly Hayes at the office at 36 South Charles Street in Baltimore, Maryland and 8606 Ivy Lane in Greenbelt, Maryland.

25.) Last year in 2024, the plaintiff had many cases against Republic of Cuba in 2nd Circuit, 3rd Circuit, and 4th Circuit Court of Appeals on appeal from Connecticut (Judge Omar A. Williams), Delaware (Judge Mary Ellen NOreika), Pennsylvania (Judge Karoline Mehalchick), South Carolina (Magistrate Judge Shiva Hodges), and New Jersey (Judge Julien Xavier Neals)

## V.) COUNT ONE: VIOLATION OF THE CIVIL RIGHTS ACT OF 1964 AND TITLE VII

26.) During the **Planck epoch**, the universe was originally opaque as the photons were being scattered around by the electrons in what is referred to as a quark-gluon plasma.

27.) When the electrons were being captured by the nuclei (Protons and neutrons), they released these scattered photons as **cosmic microwave background radiation** as the universe became transparent and was no longer opaque.

28.) According to **Spontaneous Symmetry Breaking**, the first force that separated from the other three forces was gravity,

29.) The next force to separate was the strong force or fusion which is what drives the Sun in our solar system as a **yellow dwarf star** in the **Hertzprung-Russell diagram** as a main sequence star.

53.) The last force to separate was the electroweak force as the unification of the electromagnetic and weak force was discovered by **Sheldon Glashow of Harvard University** who shared the Nobel prize was Weinberg and Salam.

54.) According to **Yang-Mills Theory**, there is a **gauge symmetry** in which there should be **massless bosons** however which does not agree with the fact that **W and Z bosons have a large mass as charge carriers for the weak force (fission)**.

55.) In order to account for the discrepancies of the **Yang-Mills Theory** involving gauge symmetry, Peter Higgs had the idea of the **Higgs Boson** in 1964 in **Edinburgh** as the Higgs Boson was finally discovered at **Large Hadron Collider (LHC) in Geneva, Switzerland** (2012) in a particle accelerator that is maintained and operated by **CERN**.

56.) According to the Artificial Intelligence (AI) with Google (Gemini), the **quarks, leptons, and baryons** gained mass by interacting with Higgs field and the **Higgs Boson** through the **Higgs mechanism**.

57.) Nevertheless, tortious interference with contract arises when a defendant intentionally convinces or causes a third party to breach its contract with the plaintiff, which results in damages to the plaintiff. Some courts refer to the claim by other names, such as tortious or intentional interference with contractual relationship or contract rights.

58.) The elements of the tort can vary by state but generally include the following:

A.) A valid contract between the plaintiff and a third party exists.

B.) The defendant has knowledge of that contract.

C.) The defendant has the requisite intent to induce the third party to breach the contract with the plaintiff.

D.) The defendant lacks justification to induce that breach.

E.) The breach causes damages to the plaintiff.

59.) In the absence of a formal contract with the defendants, the plaintiff argues that he is in "privity of contract" with Verizon as Internet Service Provider (ISP) in Bowie, Maryland in addition to Spectrum Internet in Sarasota, Florida although the plaintiff has officially moved from Sarasota, Florida in Manatee County around Braden River.

## VI.) COUNT TWO: VIOLATION OF EMMETT TILL ANTILYNCHING ACT

60.) The commercial for Greenlight reminds the plaintiff of Ashton P. from the music video **"Three-Car Garage" at Roger Williams Park in Providence, Rhode Island at the Temple of Music**

https://www.youtube.com/watch?v=As8GMnZ5RTE

61.) While Chief Judge Derrick Watson of Honolulu, Hawaii rejected the idea as fantastical, the plaintiff believes that **Ashton P. (AP) at Roger Williams Park (RW) is connected to Arno Penzias and Robert Wilson (RW)** discovering cosmic microwave background radiation at Bell Laboratories in Homedell, New Jersey on or around 1964 or 1965.

62.) As such, the plaintiff believes that the ATM of Truist Bank at intersection of **Laurel-Bowie Drive (Route 197) and Annapolis Road (Rote 450)** is connected to the strong force involving gluons binding quarks together as there are up, down, top, and bottom quarks discovered by **Murray Gell-Mann** who was awarded the Nobel Prize for his discovery.

63.) According to string theory, quarks are tiny vibrating strings with nodes of vibration as left-movers and right-movers with nodes of vibration as open and closed strings that obey **Dirichlet boundary conditions**.

64.) Nevertheless, the plaintiff believes that the company Greenlight is connected to Red Light Management which is the former management company for **Amy Lynn Hartzler or Amy Lee of Evanescence**

https://www.youtube.com/watch?v=5anLPw0Efmo

https://www.youtube.com/watch?v=ANbyXGc0z4U

65.) This would connect the company **Greenlight from a Google search and Red Light Management** to Judge Susan Greenhawt of the Seventeenth Judicial District in Broward County, Florida who ended the plaintiff's parental rights in **June of 2009**

https://www.youtube.com/watch?v=INnJBzUY5_Y&t=230s

66.) In the plaintiff's 2014 and 2015 case against **Governor Rick Scott of Florida**, Judge Robin Rosenbaum of **USA District Court of Southern Florida** invoked the **Rooker-Feldman Doctrine** in establishing that she could not sit in director review of the decision of Judge Susan Geenhawt ending the plaintiff's parental rights in 2009

https://www.youtube.com/watch?v=TXJRF_Ho5NY&t=5s

https://www.pacermonitor.com/public/case/2943716/Emrit_v_Scott_et_al

https://dockets.justia.com/docket/florida/flsdce/0:2014cv60597/437500
https://en.wikipedia.org/wiki/Rooker%E2%80%93Feldman_doctrine

https://www.americanbar.org/groups/business_law/resources/business-law-today/2019-november/the-limitations-of-the-rooker-feldman/

67.) Two years ago in 2023, the plaintiff brought a case against Sabine Aisha Jules to obtain an annulment arguing the stare decisis of ***Loving v. Virginia***

https://www.casemine.com/judgement/us/63ca1905c607d741f64ce112

https://www.pacermonitor.com/public/case/49362542/Emrit_v_Jules

68.) Judge Deborah Boardman presided over the Maryland case against Sabine Aisha Jules to say that he has never been married

https://law.justia.com/cases/federal/district-courts/maryland/mddce/8:2023cv00978/534499/6/

69.) Tortious interference with business relationship is a similar claim that typically arises when no valid contract exists and a defendant intentionally interferes with the business relationship between a third party and the plaintiff, resulting in damages to the plaintiff. Some courts refer to the claim by other names, such as tortious or intentional interference with prospective or existing business advantage, tortious or intentional interference with

prospective or existing economic advantage, and tortious or intentional interference with business expectancy.

70.) The elements of the tort can vary by state but generally include the following:

A.) A business relationship exists between the plaintiff and a third party that affords the plaintiff some legal right.

B.) The defendant has knowledge of that relationship.

C.) The defendant has the requisite intent to interfere with the relationship between the third party and the plaintiff.

D.) The defendant lacks justification to interfere with that relationship.

E.) The breach causes damages to the plaintiff.

71.) The plaintiff argues that the defendants are committing the tortious interference with business relations while trying to interfere with plaintiff's concentration as he is watching shows on Cabole TV or his favorite music videos on YouTube.

## VII.) COUNT THREE: VIOLATION OF MATTHEW SHEPHERD AND HATE CRIMES PREVENTION ACT

72.) The plaintiff argues that the defendants are committing a public nuisance because **everyone hates commercials and wants commercial-free entertainment on both Cable TV and the internet on YouTube**.

73.) The plaintiff learned from Professor Daniel Robinon of Georgetown Universes (with **The Great Courses/Teaching Company**) that the word for **"white witch" is lamia**.

74.) According to the plaintiff's perception of paranormal subliminal messages, the plaintiff believes that the **WaWa gas station** across the street from Target and **Vista Gardens Marketplace in Glenarden, Maryland** is connected to Windshield Wipers (WW) and "White Witch" (WW) and "Where's Waldo" (WW) and "Weird Wilbur" from **HP Lovecraft movie**

"Dunwich Horror" which the plaintiff saw with his best friend **Aram Alemian of Armenia**.

75.) While the plaintiff was once a fan of **Adriana Francesca Lima of Salvador da Bahia, Brazil,** the plaintiff is no longer a fan of Adriana Lima in the year 2025.

76.) The supermodel Adriana Lima has not aged in a beneficial manner and looks like **Mickey Rourke from "Angel Heart"** who has had too much plastic surgery.

77.) Adriana Lima reminds the plaintiff of Sofia Vergara who appears in a strange show with Ed O' Neil from Married with Children which is embarrassing from the standpoint of her unremarkable career as a Latina woman from Colombia and Brazil struggling to be successful in a country which is racist against Latinos and Latinas and wants to depot them back to South America to **CECOT in El Salvador** and other places in Venezuela.

78.) Nevertheless, both Sofia Vergara and Adriana Lima reminds the plaintiff of the Gnostic Sophia from Valentinian Gnosticism and the Green Valley Library in Henderson, Nevada at the corner of Sunset and Green Valley where there is an obelisk like the **Washington Monument (WM)** which has the same initials as washer machine (WM) and Waste Management (WM) involving **mirror writing (MW) and holy water from Immaculate Conception Church** off of 8th and N in Washington, DC where Monsignor MUndell was the monsignor.

79.) Sofia Vergara and Adriana Lima also remind the plaintiff of **Howard University Hospital (HUH) in Washington, DC** and the actress by the name of Julianne Hough from Dancing with the Stars.

## VIII.) COUNT FOUR: INDUSTRIAL ESPIONAGE

80.) The plaintiff argues that all of the defendants are committing industrial espionage by spying on consumers for purposes of raising their stock price and creating a monopoly or oligopoly by annoying companies and consumers who are outside their network.

## VI.) PRAYER FOR RELIEF

WHEREFORE, the plaintiff is seeking punitive, compensatory, and treble damages in the approximate amount of $500 billion against the 11 governmental defendants seeking joint and several liability whereby the defendants would presumably seek contribution and indemnity from each other through the filing of cross-claims. In asserting this "prayer for relief," the plaintiff states, avers, and alleges the following:

A.) This proposed judgment in the amount of $45 millon for violation of Civil Rights Act of 1964 and Emmett Till Antilynching Act, and Matthew Shephared and Hate Crimes Prevention Act..

B.) Despite the lack of a formal contract with offer, acceptance, and consideration according to the Peppercorn Theory of Consideration, the plaintiff argues that this $500,000,000 in damages would also be considered to be expectation, reliance, restitution, liquidated, incidental, and consequential damages

C.) The plaintiff is also seeking the equitable remedy of an injunction requiring and/or mandating that the defendants refrain from advertising to to the plaintiff as he signed up for YouTube Premium for commercial-free entertainment

D.) Furthermore, the plaintiff is seeking the equitable remedy of an injunction requiring and/or mandating that the defendants only advertise products to him

which he appreciates such as from vendors that he approves of and not companies with which he does not want to do business..

Respectfully submitted,

Ronald Satish Emrit

5108 Cornelias Prospect Drive

Bowie, Maryland 20720

(703)936-3043

einsteinrockstar@hotmail.com

einsteinrockstar2@outlook.com