IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF VIRGINIA
(116 N. Main Street, Room 314, Harrisonburg, VA 22802)

Presidential Candidate Number P60005535 )
"also known as" (aka) Ronald Satish Emrit, )
& Presidential Committee/Political Action )
Committee/Separate Segregated Fund (SSF) )
Number C00569897 d/b/a United )
Emrits of America )
    Plaintiffs (Pro Se) )
                                                )   C. A. No.: **5:2025cv00140**

v. )

Quantico, Virginia, Langley, Virginia, FBI )
Forensic Laboratory at Quantico, CIA )
Headquarters at Langley, FBI Headquarters )
at 935 Pennsylvania Avenue )
    Defendants )

**************************************************************************

**MOTION FOR A DECLARATORY JUDGMENT PURSUANT TO RULE 57 OF FEDERAL RULES OF CIVIL PROCEDURE (FRCP)**

COMES NOW, the plaintiff Ronald Satish Emrit, who is bringing forth this motion for a declaratory judgment pursuant to Rule **57 of Federal Rules of Civil Procedure (FRCP)**. The plaintiff/appellant is bringing this motion, the plaintiff states, avers, and alleges the following

    1.) The plaintiff is requesting that Judge Joel Hoppe declare that the **Helms-Burton Act is null and void as an unconstitutional violation of the right to privacy** involving the right to travel and the right to international travel to Cuba despite the Torricelli Act.

2.) In addition, the plaintiff is requesting that Judge Joel Hoppe declare that The **Trading-with-the-Enemy Act (TWTA)** does not apply to Americans traveling to Cuba and Jose Marti Airport without first obtaining a license from the **Office of Foreign Assets Control (OFAC) under the Treasury Department**.

3.) Almost 20 years ago and around the year of 2005, the plaintiff received a letter from **Kevin Whittaker of the Bureau of Western Hemisphere Affairs at the State Department** involving a discussion of Radio an Television Marti in addition to a separate letter from Senator Dianne Feinstein (D- California) about travel to Cuba for Americans.

4.) Around the same time, the plaintiff received letters from both **Heidi Marquez-Smith of the Bush White House** about the budget for nanotechnology in addition to a letter from Timothy Singer of the FBI about **"military operational medicine."**

5.) The decision of **Judge Julien Xavier Neals from 2025** in the plaintiff's 2024 case against Republic of Cuba also mentions that the plaintiff communicated with **Senator Barbara Mikulski (D- Maryland)** about trying to get a license from OFAC to visit a political prisoner from Holguin, Cuba named **Magna Gargallo Perez** who was jailed for trying to practice Christianity and/or perhaps going to church and trying to read The Bible with the Old Testament (**covenant with Abraham**) and New Testament (covenant with Christians through faith in Jesus Christ leading to eternal salvation).

6.) These cases from 2024 against Republic of Cuba were also presided over by the **"Hunter Biden Judge in Delaware" (Judge Mary Ellen Noreika)**, Judge Karoline Mehalchick in Pennsylvania, Judge Omar A. Williams in New Haven, Connecticut, Judge Donald Coggins and **Magistrate Judge Shiva Hodges** in South Carolina, and **Circuit Judge Maria Araujo-Kahn** of Second Circuit at Thurgood Marshall Courthouse at 40 Foley Square in New York, New York where the clerk of the court is **Catherine O' Hagan-Wolfe**.

7.) Magistrate Judge Shiva Hodges reminds the plaintiff of **Salma Hayek from the movie "Fools Rush In"** since the USA District of South Carolina is at the **Matthew Perry Courthouse in Columbia, South Carolina**

https://www.youtube.com/watch?v=GZczAig3bac

https://www.youtube.com/watch?v=MO9760kjees

https://www.scd.uscourts.gov/court/columbia.asp

https://www.youtube.com/watch?v=r3mSb6IGCZw

WHEREFORE, the plaintiff/appellant is filing this motion for a declaratory judgment pursuant to Rule 57 of Federal Rules of Civil Procedure (FRCP). Accordingly, the purpose of this motion is to establish that Helms-Burton Act i an unconstitutional violation of Due Process Clause, Equal protection Clause, and right to international travel inherent from the right to privacy involving Fourth, Fifth, and Fourteenth Amendment applied to the states..

Respectfully submitted,

Ronald Satish Emrit
P.O. Box 1030
Bowie, Maryland 20718
(703)936-3043
einsteinrockstar@hotmail.com
einsteinrockstar2@outlook.com