# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF VIRGINIA
## (116 N. Main Street, Room 314, Harrisonburg, VA 22802)

Presidential Candidate Number P60005535 )
"also known as" (aka) Ronald Satish Emrit, )
& Presidential Committee/Political Action )
Committee/Separate Segregated Fund (SSF) )
Number C00569897 d/b/a United )
Emrits of America )
    Plaintiffs (Pro Se) )
)   C. A. No.: **5:2025cv00140**

v. )

Quantico, Virginia, Langley, Virginia, FBI )
Forensic Laboratory at Quantico, CIA )
Headquarters at Langley, FBI Headquarters )
at 935 Pennsylvania Avenue )
    Defendants )

CLERK'S OFFICE U.S. DISTRICT COURT
AT HARRISONBURG, VA
FILED
FEB 09 2026
LAURA A. AUSTIN, CLERK
BY: [signature]
DEPUTY CLERK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION FOR A DEFAULT JUDGMENT PURSUANT TO RULE 55 OF FEDERAL RULES OF CIVIL PROCEDURE (FRCP)

COMES NOW, the plaintiff Ronald Satish Emrit, who is bringing forth this motion for a default judgment pursuant to **Rule 55 of Federal Rules of Civil Procedure (FRCP)**. In bringing forth this notice of appeal, the plaintiff states, avers, and alleges the following

    1.) The plaintiff has been learning about **closed timelike curves or CTC's** from the artificial intelligence (AI) with **Google (Gemini)** which is relevant to his case against United States Patent and Trademark Office (USPTO) in the neighboring jurisdiction of the

Eastern District of Virginia in Alexandria presided over by **Judge Ivan Davis and Magistrate Judge Patricia Giles**.

2.) Although the defendants have not been served with process through the USA Marshals and **Form USM-285** according to **28 U.S.C. Section 1915** by order of a Magistrate Judge pursuant to **28 U.S.C. Section 636**, the plaintiff argues that the defendants have **constructive notice of this litigation ain "know or should have known"** because he has been sending emails to various offices within the Department of Justice including but not limited to oigfoia@usdoj.gov and jeffrey.lavallee@usdoj.gov.

3.) According to the theory, closed timelike curves would disappear and/or dissipate or annihilate when coming into contact with **"ordinary matter"** thus making travel to the past impossible as this would require exotic matter with negative density in which exotic matter should not be confused with ant-matter, dark matter, dark energy, or **superpartners involving supersymmetry** and a fermion for every boson and vice versa (as in selectrons for electrons, squarks for quarks, photinos for photons, and Higgsino for Higgs Boson, etc.).

4.) The <u>**Yang-Mills Theory predicts massless gauge bosons**</u> which is accurate for both the photon (charge carrier of electromagnetic force) and gluons as charge carrier for strong force although Yang-Mills Theory and gauge symmetry breaks down for the **W and Z bosons which have a very large mass**.

5.) In order to account for the very large mass of the W and Z Bosons according to **Standard Model of Particle Physics**, the W and Z Bosons would have had to come into contact with the Higgs Boson, Higgs Field, and Higgs Mechanism first proposed by **Peter Higgs of Edinburgh of England around 1964**. By interacting with the Higgs Field involving the **"Mexican Hat Potential"** (sombrero like Sombrero Galaxy, **South of the Border between South Carolina/North Carolina** and mariachi like the name Maria Cherniavska), the W and Z Bosons are able to "acquire mass" despite the predictions of being massless according to Yang-Mills Theory involving **gauge symmetry**.

6.) According to the plaintiff's beliefs, **Sawgrass Mills (SM)** outdoor mall in Sunrise, Florida is connected to both Yang-Mills Theory and **Warsaw, Poland (Maria Cherniavska as refugee)** in addition to the song **Soul Mate (SM) involving mirror writing**, enantiomers with chirality from Organic Chemistry (OC), and witches from <u>**Salem, Massachusetts (SM) as Seven Sisters from Pleaides asterism**</u>

involving an **Angel Behind The Wall (ABTW) from Morzine-Avoriaz France (Jophiel)** as the model Ashton P. from the plaintiff's music video "Three-Car Garage" which would indicate that Maria Cherniavska is the equivalent of Ashton P. from Three-Car Garage involving Ashton, Maryland and Immanuel's Church and Kerry Moore-Purnell of Maryland Film Office being connected to "Klan Parenthood" (KP) brochure from Immanuel's Church criticizing abortion

https://www.youtube.com/watch?v=UnNHEuXLPRg

https://www.youtube.com/shorts/a3oIeLfcAFE

https://www.youtube.com/watch?v=As8GMnZ5RTE

WHEREFORE, the plaintiff/appellant is filing this motion for default judgment pursuant to Rule 55 of Federal Rules of Civil Procedure (FRCP). Accordingly, the plaintiff can bring a separate motion to serve through possess through publication if the court determines that a default judgment and entry of default is not appropriate without service of process and 30 days to file a responsive pleading and/or a dispositive motion to dismissed for failure to state a claim for which relief can be granted pursuant to **Rule 12(b)(6) of Federal Rules of Civil Procedure (FRCP).**

Respectfully submitted,

Ronald Satish Emrit
P.O. Box 1030
Bowie, Maryland 20718
(703)936-3043
einsteinrockstar@hotmail.com
einsteinrockstar2@outlook.com